CLERK'S OFFICE U.S. DISTRICT COURT AT
ROANOKE, VA
FILED
6/10/2025
LAURA A. AUSTIN, CLERK
BY: s/C. Kemp
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 4:25CR18 |
| | ) | |
| v. | ) | **INFORMATION** |
| | ) | |
| DESTINEY MARIA SCOTT SIERRA, | ) | In violation of: |
| | ) | 18 U.S.C. § 641 |
| Defendant. | ) | |

The United States Attorney Charges:

### COUNT ONE
(Theft of Government Money)

1. On or about and between August 1, 2021, and May 31, 2023, in the Western District of Virginia, DESTINEY MARIA SCOTT SIERRA, did willfully and knowingly steal and convert to her own use, money of the Social Security Administration ("SSA"), a department and agency of the United States, namely Title XVI Supplemental Security Income ("SSI") benefit payments to which she knew she was not entitled, said benefits having a value in excess of $1,000.

2. All in violation of Title 18, United States Code, Section 641.

### NOTICE OF FORFEITURE

1. Upon conviction of the felony offense alleged in this Information, defendant(s) shall forfeit to the United States:

   a. any property, real or personal, which constitutes or is derived from proceeds traceable to said offenses, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461.

2. The property to be forfeited to the United States includes but is not limited to the following property:

   **a. Money Judgment**

   $15,266.00 in United States currency and all interest and proceeds traceable thereto,

in that such sum in aggregate was obtained directly or indirectly as a result of said offenses or is traceable to such property.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with a third person;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

Date: 6/3/25

/S/ ZTL fc
ZACHARY T. LEE
Acting United States Attorney